



BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| One blue/black Motorola (Boost Mobile) cellular telephone, bearing serial number: 364VML4RY1, FCC ID: IHDT56MR1, Model No: H80XAH6QR2AN, IMEI: 001700094928970, SIM: 000838979166300, seized from the driver's side door handle area of a silver Acura SUV, bearing California license plate #6ASX243 | CASE NO.  2:12-SW-0791 KJN<br><br>[PROPOSED] ORDER FOR DELAYED NOTIFICATION OF EXECUTION OF WARRANT<br><br>**UNDER SEAL** |

This matter came before the Court on an application of the United States to delay notification of the execution of the above-captioned search warrant Pursuant to Rule 41(f)(3) of the Federal Rules of Criminal Procedure, and Title 18, United States Code Sections 3103a(c) and 2705(a)(2).  For good cause showing and for the reasons stated in the application in support of the search warrant, the Court hereby GRANTS the application and finds that immediate notification of the execution of this search warrant would likely have an adverse result as defined at Title 18, United States Code, Section 2705(a)(2), including resulting in flight from prosecution, destruction or concealment of or tampering with evidence, and otherwise seriously jeopardizing the investigation related to the search warrant.  For the same reason, the Court finds disclosure of the application and this order could jeopardize the investigation.

Accordingly,

IT IS ORDERED that the officer executing this warrant may delay notice to the person who, or

Order re Extension of Delayed Notice                   1

1  whose property, will be searched until May 24, 2013.

2      IT IS FURTHER ORDERED THAT the application and this order be filed under seal until such

3  further order of the Court.

4      IT IS ORDERED.

6  Dated: February 25, 2013

                                      HONORABLE CAROLYN K. DELANEY
                                      United States Magistrate Judge