**FILED**

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF CELLULAR TELEPHONE ACCOUNTS | CASE NO. | 2:12-SW-790 KJN<br>2:12-SW-791 KJN<br>2:13-SW-43 DAD<br>2:13-SW-44 DAD |
|---|---|---|
| | **REQUEST TO UNSEAL AND [PROPOSED] ORDER** | |

### REQUEST TO UNSEAL

The Court has sealed the applications for search warrant, affidavits in support, and search warrants in the above-captioned matters. The Grand Jury has returned indictments in *United States v. Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related cases as part of a Title III investigation. The cellular telephone accounts subject to the above-captioned searches were involved in the investigation. To date, most of the defendants in those cases have been apprehended, arraigned, and judicial process has begun. Therefore, the United States requests that the above-referenced matters be unsealed and that the United States be permitted to provide copies to the defendants through their counsel.

Respectfully submitted,

Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

[~~PROPOSED~~] ORDER

The Court hereby orders that the applications for search warrant, including affidavits, and warrants as well as the sealing orders in the above-referenced matter shall be unsealed and made part of the public record.

Dated: 4-3-2014

*[signature]*
Honorable Edmund F. Brennan
United States Magistrate Judge